United States Bankruptcy Court
District of Wyoming

FILED

In re **Scott Marlow Spence**
**Patti Sue Fry-Spence**
Debtors.

Case No.

Chapter 7

⎯ 6 2008

JOYCE W. HARRIS, C⎯
⎯d States Bankrupt⎯

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, **Scott Marlow Spence**_____, the debtor in this case, declare under penalty
(Print Name of Debtor)

of perjury under the laws of the United States of America that:

☑ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, **Patti Sue Fry-Spence**_____, the debtor in this case, declare under penalty
(Print Name of Joint Debtor, if any)

of perjury under the laws of the United States of America that:

☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)

☐ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☑ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date   11/6/08          Signature  *[signed]*
                                   Scott Marlow Spence
                                   Debtor

Date   11/6/08          Signature  *[signed]*
                                   Patti Sue Fry-Spence
                                   Joint Debtor

# Earnings Statement

**ADP**

TOROMONT ENERGY SYSTEMS, INC.
PO BOX 51150
CASPER, WY 82605

Period Ending: 10/19/2008
Pay Date: 10/27/2008

Taxable Marital Status: Married
Exemptions/Allowances
  Federal: 4
  WY: No State Income Tax

SCOTT M SPENCE
63 PIONEER AVE
CASPER, WY 82604

Social Security Number: XXX-XX-2376

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.0000 | 6.00 | 108.00 | |
| Shft Prem Ot | | | | 131.25 |
| **Gross Pay** | | | **$108.00** | 13,470.76 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -6.69 | 824.35 |
| Medicare Tax | | -1.56 | 192.79 |
| Federal Income Tax | | | 885.26 |
| **Other** | | | |
| Boots/Bibs | | -99.75 | |
| Medical&Dental | | | 174.75 |
| **Net Pay** | | **$0.00** | |

Your federal taxable wages this period are $108.00

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTO

TOROMONT ENERGY SYSTEMS, INC.
PO BOX 51150
CASPER, WY 82605

Advice number: 00000430122
Pay date: 10/27/2008

Deposited to the account of
SCOTT M SPENCE

| account number | transit ABA | amount |
|---|---|---|

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

M & M Sales and Service, Inc.

EMPLOYEE                                SOCIAL SEC. NO.              PAY RATE           PERIOD END                    CHECK NO. 13760
SPEN001   SPENCE, S                     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                  15.000 HS          10/31/2008                    013760

| EARNINGS  | HOURS | AMOUNT   | YTD      | DEDUCTION    | AMOUNT  | YTD     |
|-----------|-------|----------|----------|--------------|---------|---------|
| Regular   | 96.00 | 1,440.00 | 2,370.00 | Federal W/H  | 214.85  | 247.68  |
| OVER TIME | 50.00 | 1,125.00 | 1,440.00 | FICA         | 159.03  | 236.22  |
|           |       |          |          | Medicare     | 37.19   | 55.24   |
|           |       |          |          | NIGHTS OUT   | -280.00 | -420.00 |

GROSS EARNINGS:   2,565.00   3,810.00          TOTAL DEDUCT:   131.07   119.14
NET EARNINGS:     2,433.93

**M & M Sales and Service, Inc.**

| EMPLOYEE | | SOCIAL SEC. NO. | | PAY RATE | PERIOD END | | CHECK NO. 13734 |
|---|---|---|---|---|---|---|---|
| EN001 SPENCE, S | | 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 | | 15.000 HS | 10/15/2008 | | 013734 |

| EARNINGS | HOURS | AMOUNT | YTD | DEDUCTION | AMOUNT | YTD |
|---|---|---|---|---|---|---|
| gular | 62.00 | 930.00 | 930.00 | Federal W/H | 32.83 | 32.83 |
| /ER TIME | 14.00 | 315.00 | 315.00 | FICA | 77.19 | 77.19 |
| | | | | Medicare | 18.05 | 18.05 |
| | | | | NIGHTS OUT | -140.00 | -140.00 |

GROSS EARNINGS: 1,245.00    1,245.00        TOTAL DEDUCT:    -11.93    -11.93
NET EARNINGS:   1,256.93